# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearings is Attached)*

**Name of Offender**  
Dereck Ardis

**Docket Number**  
0971 3:00CR00242-001 TEH

**Name of Sentencing Judge:** The Honorable Thelton E. Henderson  
Senior United States District Judge

**Date of Original Sentence:** November 8, 2001

**Original Offense**  
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony; Count Two: Possession of a Firearm with Obliterated Serial Number, 18 U.S.C. § 922(k), a Class C Felony an, Count Three: Possession of Cocaine Base with Intent to Distribute, 18 U.S.C. § 924(c)(1)(A), a Class A Felony.

**Original Sentence:** 240 months imprisonment; 8 years supervised release  
**Special Conditions:** Special assessment $400.00; not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons and DNA testing.

This matter is being referred to the Honorable James Donato as a duty matter.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Unassigned

**Date Supervision Commenced**  
March 22, 2018  
**Defense Counsel**  
Martin Sabelli (Appointed)

RE: Ardis, Derek 2
0971 3:00CR00242-001 TEH

## Petitioning the Court

To modify the conditions of Supervised Release as follows:

> You must participate in a mental health treatment program, as directed by the probation officer. You are to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

## Cause

Mr. Derek Ardis commenced his term of supervised release on March 22, 2018, and thus far there have been no reported violations noted.

Mr. Ardis and his spouse are experiencing relationship challenges that stem from a lack of communication. The undersigned had a lengthy discussion with Mr. Ardis about attending therapeutic services to improve his communication skills and gain useful tools to improve his anger issues. Mr. Ardis is open to addressing his needs in a therapeutic setting and agrees that he would benefit from counseling services.

It has been communicated to Mr. Ardis, the length of time in treatment, to include schedule of counseling sessions, will be at his own discretion. On June 29, 2019, this officer met with Mr. Ardis and he inquired about the referral for treatment services and he is anxious to attend counseling with his spouse. The undersigned believes this indicates a desire to pursue personal growth.

The probation officer is hopeful that treatment services will assist Mr. Ardis in his relational and communication efforts and address any anger issues he may be experiencing.

Respectfully submitted,

Shaheen Shan
U.S. Probation Officer Specialist
Date Signed: July 10, 2019

Reviewed by:

Noel Belton
Supervisory U.S. Probation Officer

| | | |
|---|---|---|
| **RE:** | Ardis, Derek | 3 |
| | 0971 3:00CR00242-001 TEH | |

---

THE COURT ORDERS:

☑ To modify the conditions of supervision as follows:

> You must participate in a mental health treatment program, as directed by the probation officer. You are to pay part or all cost of this treatment, at an amount not to exceed the cost of treatment, as deemed appropriate by the probation officer. Payments shall never exceed the total cost of mental health counseling. The actual co-payment schedule shall be determined by the probation officer.

☐ Submit a request for a warrant

☐ Submit a request for summons

☐ Other:

July 15, 2019
Date

James Donato
United States District Judge